

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Indictment No. |
| | ) | |
| V. | ) | 21 U.S.C. 846 |
| | ) | Conspiracy to Distribute and |
| TERRY LORENZO GRANT | ) | Possess With Intent To Distribute |
| | ) | Controlled Substances |
| DARREN DEVALE TOWNSEND, JR. | ) | |
| aka "DOLLAR" | ) | 21 U.S.C. 841(a)(1) |
| | ) | Distribution of |
| CHRISTOPHER SHELTON HUNTER | ) | Controlled Substances |
| aka "STANK" | ) | |
| | ) | 21 U.S.C. 841(a)(1) |
| BENNELLE EVANS | ) | Possession With Intent to |
| | ) | Distribute Controlled Substances |
| | ) | |
| | ) | 18 U.S.C. § 924(c) |
| | ) | Possession of a Firearm During a |
| | ) | Drug Trafficking Crime |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Possession of a Firearm by a |
| | ) | Convicted Felon |
| | ) | |

## ORDER

The Court having considered the Government's Motion to Seal, hereby GRANTS the motion and ORDERS that the indictment issued in this case, the government's motion, and this order be SEALED until further order of the Court, or until such time as the first of the Defendants initially appears for an initial appearance following arrest, at which time this Indictment and all related court papers shall be UNSEALED.

DONE this 6TH day of July, 2016.

_____
United States Magistrate Judge
Southern District of Georgia