IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) |
| TERRY LORENZO GRANT | ) Indictment No. CR 116-45 |
| | ) |
| DARREN DEVALE TOWNSEND, JR. aka "DOLLAR" | ) |
| | ) |
| CHRISTOPHER SHELTON HUNTER aka "STANK" | ) |
| | ) |
| BENNELLE EVANS | ) |

## UNSEALING ORDER

Upon application of the United States Attorney, by and through, Patricia Green Rhodes, Assistant United States Attorney, the Motion to Unseal Indictment and penalty certification filed in the above-referenced case is hereby GRANTED.

SO ORDERED this 12th day of October, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA