UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case No. | CR116-045, USA v. Grant, et al |
| | ) | CR117-047, USA v. Birt |
| LEAVE OF ABSENCE | ) | CR117-072, USA v. Moment |
| PATRICIA G. RHODES | ) | CR117-078, USA v. Devoe |
| July 2, 2018 through July 6, 2018 | ) | CR118-007, USA v. Frank |
| | ) | CR118-008, USA v. Pate |
| | ) | CR118-014, USA v. Cartledge |
| | ) | CR118-016, USA v. Kelly |
| | ) | CR118-019, USA v. Turner |
| | ) | CR118-021, USA v. Dominguez, et al |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**Patricia G. Rhodes** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT **Patricia G. Rhodes** be granted leave of absence for the following periods: **July 2, 2018 through July 6, 2018.**

This 22nd day of May, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA